| MAXX TECHNOLOGIES, INC. (dba, MAXX SPORTS TV) INVENTORY ||||||||
|---|---|---|---|---|---|---|
| Name | Serial | Quantity | Condition | Estimated Value | Totals | Location |
| APC Rack Enclosure (60cm x 107cm) | | 1 | As New | $750 | $750.00 | Storage |
| Dell Server – PowerEdge R630 Server (Dual Xeon E5-2687W) | RTJ456uag187 189 & 189 | 3 | Used | $10,000.00 | $30,000.00 | Storage |
| Back Up Power Supply (Nema L5-30P) | | 1 | Plug Damaged | $500.00 | $500.00 | Storage |
| Patch Panel Enclosure | | 1 | 1 | $150.00 | $150.00 | Storage |
| CAT 6A Pass through | | 1 | Used | $250.00 | $250.00 | Storage |
| CAT 6 Ethernet Cable | | 3 Spools | New | $100.00 | $300.00 | Storage |
| Glass Fiber Cable | | 1 Spool | New | $1,000.00 | $1000.00 | Storage |
| Tripp Lite 6U Wall Mount | | 1 | Used | $240.00 | $240.00 | Storage |
| Remote Broadcast Hubs | | 3 | Used | $100.00 | $300.00 | Storage |
| 14 PDU Surge Protector | | 1 | Used | $50.00 | $50.00 | Storage |
| Impact Enclosures | | 10 | As New | $1200.00 | $12,000.00 | Storage |
| Sonic Firewall (NSA 3600) | | 1 | Used | $4,000.00 | $4,000.00 | Storage |
| 5 Port Switch | | 1 | Used | $200.00 | $200.00 | Storage |
| 14 Port Switch | | 1 | Used | $750.00 | $750.00 | Storage |
| Rode Microphone | | 2 | Used | $75.00 | $150.00 | Storage |
| Unifi Access Point | | 3 | Used | $250.00 | $750.00 | Storage |
| Patch Panel | | 1 | Used | $100.00 | $100.00 | Storage |
| Patch Panel Enclosure | | 1 | Used | $25.00 | $25.00 | Storage |
| Vicon Cameras | | 12 | Used | $10.000 | $1200.00 | Storage |
| Adjustable Mounting Arms | | 8 | Used | $100.00 | $800.00 | Storage |
| Remote Hubs | | 2 | Used | $50.00 | $100.00 | Storage |
| GRAND TOTAL | | | | | $52,865.00 | |

EXHIBIT A