| Name | Serial | Quantity | Condition | Estimated Value | Totals | Location |
|---|---|---|---|---|---|---|
| TEXAS SPORTS NETWORK (dba TSRN SPORTS) INVENTORY | | | | | | |
| Lenovo CPU (2012-2014) | | 4 | Unknown working condition | $60.00 | $240.00 | Storage |
| Dell CPU (2012-2013) | | 6 | Unknown working condition | $100.00 | $600.00 | Storage |
| HP CPU (Models A000 & A6130) | | 6 | Unknown working condition | $100.00 | $600.00 | Storage |
| Prime Systems CPU (2012) | | 2 | Unknown working condition | $60.00 | $120.00 | Storage |
| Zomei Tripods | | 13 | New | $60.00 | $780.00 | Storage |
| Printer HP Officejet pro-9025 | | 2 | Unknown working condition | $100.00 | $200.00 | Storage |
| Printer HP Officejet pro-8710 | | 1 | Unknown working condition | $100.00 | $100.00 | Storage |
| Printer HP envy-4502 | | 1 | Unknown working condition | $40.00 | $40.00 | Storage |
| Technise USB sound cords | | 14 | New | $11.02 | $154.28 | Storage |
| HDTV to VGA adapter | | 3 | Unknown working condition | $6.99 | $20.97 | Storage |
| Small Vizio HD TV (old model) | LTTXGERM1607263 | 1 | Unknown working condition | $35.00 | $35.00 | Storage |
| Mac Desktop 27" monitor | CO2M57GOFB12 | 1 | Unknown working condition | $250.00 | $250.00 | Storage |
| HP 23.8" monitor | CNC9080VJA | 1 | Unknown working condition | $100.00 | $100.00 | Storage |
| Acer Monitor | TLUGOR026216033C2240 | 1 | Unknown working condition | $70.00 | $70.00 | Storage |
| HP Monitor Model 2311 | | 1 | Unknown working condition | $90.00 | $90.00 | Storage |
| Vizio Monitor | LTTUNUHP3712064 | 1 | Unknown working condition | $60.00 | $60.00 | Storage |
| Dell Monitor | CNOG510N028720421JR! | 1 | Unknown working condition | $45.00 | $45.00 | Storage |
| T-Mobile Wifi Box | | 2 | Unknown working condition | $35.00 | $70.00 | Storage |
| Honeywell Fan-Black | | 1 | Unknown working condition | $16.00 | $16.00 | Storage |
| Membrex HDMI CD Player | | 1 | Unknown working condition | $20.00 | $20.00 | Storage |
| Headset | | 1 | New | $35.00 | $35.00 | Storage |
| Sound Mixer Boards | | 35 | Unknown working condition | $100.00 | $3,500.00 | Storage |
| Macbooks (2011-late 2013 models) | | 22 | Unknown working condition | $120.00 | $2,640.00 | Storage |
| HP laptops (2014-2015 models) | | 3 | Unknown working condition | $100.00 | $300.00 | Storage |
| Thinkpad Laptop | | 1 | Unknown working condition | $100.00 | $100.00 | Storage |
| Toshiba Laptop | | 1 | Unknown working condition | $100.00 | $100.00 | Storage |
| JVC Camcorders (20 times Zoom) | | 3 | Unknown working condition | $40.00 | $120.00 | Storage |
| JVC Camcorders (40 times Zoom) | | 4 | Unknown working condition | $40.00 | $160.00 | Storage |
| JVC Camcorder (60 Times Zoom) | | 3 | Unknown working condition | $40.00 | $120.00 | Storage |
| JVC Camcorder (65 Times Zoom) | | 1 | Unknown working condition | $40.00 | $40.00 | Storage |
| Large Tripods | | 9 | Unknown working condition | $65.00 | $585.00 | Storage |
| JVC HD Media/Video recorder | | 7 | Unknown working condition | $375.00 | $2,625.00 | Storage |
| Box 1 | | | TSRN Sports Game Rosters | $0.00 | $0.00 | Storage |
| Box 2 | | | TSRN Sports Correspondence & Maxx Share Certificate | $0.00 | $0.00 | Storage |
| Box 3 | | | TSRN Baseball Statistics | $0.00 | $0.00 | Storage |
| Box 4 | | | TSRN Sports JUCO Game Data | $0.00 | $0.00 | Storage |
| Box 5 | | 3 | Bowling Balls | $50.00 | $150.00 | Storage |
| Box 6 | | | Sundry Office Supplies | | $50.00 | Storage |
| Box 7 | | | Colored Game Microphones & Connectors | $20.00 | $140.00 | Storage |
| Box 8 | | | Bank Statements: Carolyn Tiller, Texas Sports Broadcast Network, & New Trust | | $0.00 | Storage |
| SUBTOTAL | | | | | $13,411.25 | |
| Bag 3 - 12 | | | TSRN Sports Bags | $10.00 | $10.00 | Storage |
| Filing Cabinets | | | | 3 | $150.00 | $150.000 | Storage |
| Office Chairs | | | | 7 | $140.00 | $140.00 | Storage |

EXHIBIT B

| | | | | | | |
|---|---|---|---|---|---|---|
| TSRN Sports Stationery | | | 1 box | $10.00 | $10.00 | Storage |
| TSRN Paperwork | | | Misc. | $0.00 | $0.00 | Storage |
| TSRN Sports Hats | | | 27 | $15.00 | $15.00 | Storage |
| Office Tables | | | 3 | $150.00 | $150.00 | Storage |
| Office Desks | | | 2 | $50.00 | $50.00 | Storage |
| | | | | | | |
| **GRAND TOTAL** | | | | | $13,936.25 | |

EXHIBIT B