

**COMMON SHARE CAPITALIZATION TABLE**

Effective Date: Sept. 30, 2022

| | Shareholder: | Number of Common Shares: |
|---|---|---|
| 1 | Legacy Future Fund atf HF Trust (J Turner, Trustee) | 15,196,360 |
| 2 | J & S Bonetti-Shanab | 8,360,525 |
| 3 | Kuusamo Capital Corp. (Trevor Radomsky) | 7,365,360 |
| 4 | Rio Wing, LLC | 5,000,000 |
| 5 | Dave & Danya Lantz | 4,800,000 |
| 6 | Texas-Angels-Trust (M. Tiller, Trustee) | 3,579,500 |
| 7 | Ryan Family Trust (M. Kelly, Trustee) | 3,207,637 |
| 8 | Peter Luukko | 2,612,500 |
| 9 | Alrae Investments Inc. (Allan Greenspoon) | 2,310,000 |
| 10 | Bobby Stautzenberger | 1,596,000 |
| 11 | Richard Adler | 2,000,000 |
| 12 | Barrie Hansen | 32,703 |
| 13 | Anton Rabie | 633,905 |
| 14 | Deb Rabie | 633,905 |
| 15 | William Burnett | 1,102,038 |
| 16 | Steve Klausz | 1,087,310 |
| 17 | Michael Malambri | 1,050,000 |
| 18 | Randall Lehner | 1,040,000 |
| 19 | Dr. Michael Goldstein Dentistry Corp. (M. Goldstein) | 1,033,173 |
| 20 | Shelly K Hansen | 800,000 |
| 20 | Rob Fia | 995,000 |
| 21 | Paul Fia | 965,000 |
| 22 | Austin & Sabrina Hansen | 600,000 |
| 23 | The Mol Family Trust (K. Mol, Trustee) | 450,000 |
| 24 | Jarmila Mol | 200,000 |
| 25 | MW Canada Ltd. (Bobby Berger) | 400,000 |
| 26 | Jayme Farber | 400,000 |
| 27 | Holfelder Trust (S. Smith, Trustee) | 400,000 |
| 28 | Colin Padgett | 247,500 |
| 29 | 1144796 Ontario Ltd. (Neil Rabovsky) | 276,174 |
| 30 | Bruce Raben | 200,000 |

EXHIBIT C

| 31 | Ronald Klausz | 182,550 |
|---|---|---|
| 32 | 1294474 Ontario Limited (Ken Finkelstein) | 181,251 |
| 33 | Richard Mauran | 160,000 |
| 34 | Mike Neuber | 140,000 |
| 35 | Matthew Ugbana | 120,000 |
| 36 | Mary Jane Klausz | 118,600 |
| 37 | Darren Rabie | 117,500 |
| 38 | Bakol Marketing Group Inc. (Leibel Shaya) | 110,000 |
| 39 | 6353169 Canada Inc. (Andrew Michelin) | 100,000 |
| 40 | Javlee Construction Limited (Mel Greenspoon) | 100,000 |
| 41 | G&A Holdings Ltd. (Grant Findlay Shirras) | 100,000 |
| 42 | Nathan Amor | 200,000 |
| 43 | Mario Buckley | 91,200 |
| 44 | Paul Ciufo | 83,787 |
| 45 | Hopco Holdings Inc. | 80,000 |
| 46 | Zach Goldstein | 60,000 |
| 47 | David Ksiazkiewicz | 59,524 |
| 48 | Edward Goldberg | 61,205 |
| 49 | Ceara Investment Holdings Inc. (Ronen Harrari) | 57,575 |
| 50+ | Nissim Jesse Chaluh | 57,575 |
| 52 | Beryl Geber | 100,000 |
| 53 | Steve Alpert | 100,000 |
| 54 | Michel Petit | 100,000 |
| 55 | Richard Chomley | 200,000 |
| 56 | Zach Fordyce | 100,000 |
| 57 | Jacob Fordyce | 50,000 |
| 58 | Cameron Smith | 50,000 |
| 59 | Spencer MacLean | 50,000 |
| 60 | Jigar Dave & Chirag Ahmedabadi | 50,000 |
| 61 | Tom Venne | 50,000 |
| 62 | Adrian Holden | 50,000 |
| 63 | Jessica Blevins | 50,000 |
| 64 | Mark Welton | 50,000 |
| 65 | Charles ("Chad") Gross | 100,000 |
| 66 | Anji Magen Investments Ltd. (Page Magen) | 40,000 |
| 67 | TaylorRose Investments Ltd. (Page Magen) | 40,000 |
| 68 | Lifeskills International Inc. (Angus Bristow) | 40,000 |
| 69 | Allen Lone | 40,000 |
| 70 | Allan Rabie | 28,787 |
| 71 | Newkorn Investments Ltd. (Brian Ochshorn) | 28,787 |
| 72 | Brian Iseman | 27,500 |
| 73 | Lilli Greenspoon | 25,824 |
| 74 | Josh Greenspoon | 25,757 |

EXHIBIT C

| | | |
|---|---|---|
| 75 | Edward Schlosser | 25,000 |
| 76 | Robert Livermore | 125,000 |
| 77 | Ron Cueto | 25,000 |
| 78 | Richard Wright | 25,000 |
| 79 | Rick Strauss | 325,000 |
| 80 | Richard Zlakus | 25,000 |
| 81 | Andrew Duckman | 22,500 |
| 82 | Owen Duckman | 21,515 |
| 83 | Stuart McKinnon | 20,000 |
| 84 | Mitchell Miller | 20,000 |
| 85 | Tom Nicolle | 20,000 |
| 86 | Michael Spiegel | 10,000 |
| 87 | Shawn Duckman | 10,000 |
| 88 | James Grieves | 40,000 |
| 89 | Tabrez Kassam | 100,000 |
| 90 | Domenic Bagetta | 9,205 |
| 91 | Oggero Interests, LLC (George Oggero) | 100,000 |
| 92 | SCI Inc (William Burton) | 500,000 |
| 93 | John Heskett | 500,000 |
| 94 | Jim Turner | 100,000 |
| 95 | Stephen Modzelewski | 100,000 |
| 96 | Cameron Prange | 100,000 |
| 97 | Vernon McCreary | 50,000 |
| 98 | Abrar Ahmed | 50,000 |
| 99 | Brian Okert | 50,000 |
| 100 | Dirk Anderson | 75,000 |
| 101 | Vikki Hawn | 50,000 |
| | **BELOW ARE PRE-REVERSE MERGER RESY SHAREHOLDERS** | |
| 102 | DIRK D ANDERSON | 7,500 |
| 103 | CEDE & CO (NOBO List) | 430,029 |
| 104 | JACK H CORNETT | 1 |
| 105 | CHRIS EBERLING | 115 |
| 106 | MASS ABPROP & CO (Zions showing CA UPP) | 1 |
| 107 | KIM FLEMING JOHNSON | 1,000 |
| 108 | JANICE T FORREST | 220 |
| 109 | DANIEL FRANK | 1 |
| 110 | JOHN FRITZ | 500 |
| 111 | CARL R GRENDING | 2,364 |
| 112 | WALTER F HARRISON III (Granite Capital) | 200,000 |
| 113 | THOMAS E. HELLEN & MARY A. HELLEN JT TEN | 1 |
| 114 | JOHN STEPHEN HOGUE & PATRICIA HOGUE | 182 |

EXHIBIT C

|  | JT TEN |  |
|---|---|---|
| 115 | LIBBY MARCUS | 1 |
| 116 | KAREN S MCDONALD, TRUSTEE | 17 |
| 117 | JULIE MCKNIGHT | 1 |
| 118 | LISA GINN MOTTES | 1,000 |
| 119 | ROXANNE C. NELSEN | 1 |
| 120 | PHOENIX FRAGRANCE UNLIMITED | 1 |
| 121 | RECONDITIONED SYSTEMS INC | 52,064 |
| 122 | SCOTT W. RYAN | 380,684 |
| 123 | BOBBY RYDELL | 2,205 |
| 124 | ALAN D. STUART | 44 |
| 125 | THE BUSINESS JOURNAL | 1 |
| 126 | LARRY ALLAN TRAVIS & JOLENE KAY TRAVIS JT TEN | 1 |
| 127 | GLORIA & PHILLIP WALSMITH | 8 |
|  |  |  |
| TOTAL COMMON SHARES |  | 75,728,174 |

EXHIBIT C