| Information to identify the case: | | |
|---|---|---|
| Debtor | Maxx Technologies, Inc. dba Max Sports, TV, dba Maxx Sports Technologies, Inc.<br>Name | EIN: 85–2300515 |
| United States Bankruptcy Court | Southern District of Texas | Date case filed for chapter: 7  2/18/25 |
| Case number: | 25–30897 | |

Official Form 309C (For Corporations or Partnerships)

**Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**  10/20

**For the debtor listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**Do not file this notice with any proof of claim or other filing in the case.**

| | | | |
|---|---|---|---|
| 1. | **Debtor's full name** | Maxx Technologies, Inc. dba Max Sports, TV, dba Maxx Sports Technologies, Inc. | |
| 2. | **All other names used in the last 8 years** | dba Maxx Sports, TV, dba Maxx Sports Technologies, Inc. | |
| 3. | **Address** | 1401 Lake Plaza Dr.<br>Ste. 200<br>Spring, TX 77389 | |
| 4. | **Debtor's attorney**<br>Name and address | Julie M. Koenig<br>Cooper & Scully<br>26310 Oak Ridge Drive<br>Suite 34<br>The Woodlands, TX 77380 | Contact phone 713–236–6800<br><br>Email: julie.koenig@cooperscully.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Allison D Byman<br>Byman & Associates PLLC<br>7924 Broadway<br>Suite 104<br>Pearland, TX 77581 | Contact phone 281–884–9269<br><br>Email: adb@bymanlaw.com |
| 6. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | United States Bankruptcy Court<br>PO Box 61010<br>Houston, TX 77208 | Hours open:<br>8:00 am – 5:00 pm Monday through Friday<br><br>Contact phone (713) 250–5500<br><br>Date: 2/19/25 |
| 7. | **Meeting of creditors**<br>The debtor's representative must attend the meeting to be questioned under oath. Creditors may attend, but are not required to do so. | **March 20, 2025 at 02:30 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**Zoom video meeting. Go to Zoom.us/join, Meeting ID 392 013 6221, and Passcode 5794046120, OR call 1 346 489 7064**<br><br>For additional meeting information go to www.justice.gov/ust/moc |
| 8. | **Proof of claim**<br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now.<br><br>If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| 9. | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |

United States Bankruptcy Court
Southern District of Texas

In re:  
Maxx Technologies, Inc. dba Max Sports,  
    Debtor

Case No. 25-30897-evr  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0541-4      User: ADIuser      Page 1 of 2  
Date Rcvd: Feb 19, 2025      Form ID: 309C      Total Noticed: 37

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 21, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Maxx Technologies, Inc. dba Max Sports, TV, dba Ma, 1401 Lake Plaza Dr., Ste. 200, Spring, TX 77389-1868 |
| 12875003 | + | Alabama Department of Revenue, 4920 Corporate Dr. N.W., Huntsville, AL 35805-6204 |
| 12875004 | + | Amazing Spaces, 21836 Holzwarth Road, Spring, TX 77388-3454 |
| 12875006 | + | Barnett & Garcia, 3821 Juniper Trace, Ste. 108, Austin, TX 78738-5514 |
| 12875007 | + | Barrie Hansen, 83 Windward Cv., Spring, TX 77381-4260 |
| 12875008 | + | Berry Appleman & Liden, 2400 N. Glenville Dr., Suite 100, Richardson, TX 75082-0246 |
| 12875009 | + | Blue Cross Blue Shield of Texas, 1001 E. Lookout Dr., Richardson, TX 75082-4144 |
| 12875010 | + | Broadridge Financial Solutions, Inc., 51 Mercedes Way, Edgewood, NY 11717-8383 |
| 12875011 | + | Cokinos Young, c/o Tres Gibbs, 1221 Lamar St., #16, Houston, TX 77010-3039 |
| 12875012 | + | Corporate Filings LLC, 30 N Gould St, Ste. 7000, Sheridan, Wyoming 82801-6317 |
| 12875013 | | Dave Lantz, 39 Westgate Blvd., Toronto, ON M3H1N8 |
| 12875014 | + | David Tagliarino, 8523 Stones Throw Ln, Missouri City, TX 77459-6852 |
| 12875015 | + | Google Cloud, 1600 Amphitheatre Parkway, Mountain View, CA 94043-1351 |
| 12875016 | + | Google Cloud Services, 1600 Amphitheater Pkwy, Mountain View, CA 94043-1351 |
| 12875017 | + | Issuer Direct, One Glenwood Ave, Suite 1001, Raleigh, NC 27603-2582 |
| 12875018 | | Joe Shanab & Sandra Bonetti, 10 Simmons Crescent, Aurora, ON L4G6BA |
| 12875019 | + | Jon Hill & Associates PLLC, 14710 Kellywood Lane, Houston, TX 77079-6417 |
| 12875020 | + | Kerry O'Brien, c/o Abrar Ahmed, 1011 Westlake Dr., Lake Hills, TX 78746-4511 |
| 12875021 | + | Law Offices of Roberta M Rossi PLLC, 1401 Lake Plaza Dr. Ste 200, Spring, TX 77389-1868 |
| 12875022 | | Marmanjit Mavi, Davies, Ward, Philips, & Vineberg, c/o Estate of Richard Mauran, 155 Wellington St. W, Toronto, ON M5V3J7 |
| 12875023 | | McCloskey Roberson Wolley, PLLC, 190 TC Jester Blvd, Suite 400, Houston, TX 77007 |
| 12875024 | | Nissim (Jesse) Chaluh, 5001 Chestnut St., Houston, TX 77096 |
| 12875025 | | OTC Markets Group (Exchange), 300 Vesey St. (One North End Ave), 12th Floor, New York, NY 10282 |
| 12875026 | + | Phonoscope, Inc, 10555 Westoffice Dr., Houston, TX 77042-5310 |
| 12875027 | + | RB Invictus Holdings, LLC, 401 Ryland St., Ste. 200-A, Reno, NV 89502-1643 |
| 12875028 | + | Robert Livermore, 3101 Richmond St. Ste 220, Houston, TX 77098-3013 |
| 12875029 | + | Roberta M. Rossi, 83 Windward Cv, The Woodlands, TX 77381-4260 |
| 12875031 | + | Securities Transfer Corporation ('STC'), 2901 Dallas Pkwy. Ste. 12, Plano, TX 75093-5980 |
| 12875034 | + | Tesla Health Systems, LLC, 3500 Elgin St., Houston, TX 77004-3625 |
| 12875036 | + | Truist Bank, 1640 Lake Woodlands Dr. Ste. D, The Woodlands, TX 77380-3277 |

TOTAL: 30

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: julie.koenig@cooperscully.com | Feb 19 2025 20:46:00 | Julie M. Koenig, Cooper & Scully, 26310 Oak Ridge Drive, Suite 34, The Woodlands, TX 77380 |
| tr | + | Email/Text: adb@bymanlaw.com | Feb 19 2025 20:48:00 | Allison D Byman, Byman & Associates PLLC, 7924 Broadway, Suite 104, Pearland, TX 77581-7933 |
| ust | + | Email/Text: ustpregion07.hu.ecf@usdoj.gov | Feb 19 2025 20:49:00 | US Trustee, Office of the US Trustee, 515 Rusk Ave, Ste 3516, Houston, TX 77002-2604 |
| 12875005 | + | Email/Text: bankruptcynotices@amazon.com | Feb 19 2025 20:49:00 | Amazon Web Services, 410 Terry Ave. N., Seattle, WA 98109-5210 |
| 12875033 | | EDI: ALDEPREV | | |

| District/off: 0541-4 | User: ADIuser | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Feb 19, 2025 | Form ID: 309C | Total Noticed: 37 |

| Recip ID | | | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Feb 20 2025 01:21:00 | State of Alabama, Dep of Revenue/Collections Division, PO Box 327820, Montgomery, AL 36132-7820 |
| 12875032 | + | Email/Text: elpasodlsc@sba.gov | Feb 19 2025 20:49:00 | Small Business Administration, 10737 Gateway West Ste.300, El Paso,Tx. 79935-4910 |
| 12875035 | | Email/Text: pacer@cpa.state.tx.us | Feb 19 2025 20:49:00 | TEXAS COMPTROLLER OF PUBLIC ACCOUNTS, 111 E. 17TH STREET, AUSTIN, TX 78774-0100 |

TOTAL: 7

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 12875030 | | RSM France, RCS Paris 800 709 891, SAS au Capital de 100 000, 26 rue Cambaceres, 75008 Paris |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 21, 2025         Signature:         /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 19, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Allison D Byman | adb@bymanlaw.com<br>adb@trustesolutions.net;rww.trustee1@gmail.com;cadb11@trustesolutions.net;rah@bymanlaw.com;kst@bymanlaw.com |
| Julie M. Koenig | on behalf of Debtor Maxx Technologies  Inc. dba Max Sports, TV, dba Maxx Sports Technologies, Inc.<br>julie.koenig@cooperscully.com, charlene.garcia@cooperscully.com |
| US Trustee | USTPRegion07.HU.ECF@USDOJ.GOV |

TOTAL: 3