# UNITED STATES BANKRUPTCY COURT
Southern District of Texas

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years including married, maiden, trade, and address):

Maxx Technologies, Inc. dba Max Sports, TV, dba Maxx Sports Technologies, Inc.
dba Maxx Sports, TV, dba Maxx Sports Technologies, Inc.

85−2300515
1401 Lake Plaza Dr.
Ste. 200
Spring, TX 77389

Case Number: 25−30897

Chapter: 7

## NOTICE OF ASSETS, NOTICE TO CREDITORS AND OTHER PARTIES IN INTEREST OF THE NEED TO FILE CLAIMS

Notice is hereby given that:

It having appeared from the schedules of the debtor at the time of filing that there was no estate from which any dividend could be paid to creditors, the notice to creditors advised that it was unnecessary for any creditor to file his claim at that time.

It appearing subsequently that there is an estate from which a dividend to creditors may be paid, creditors must now file claims in this case in order to share in any distribution from the estate. CLAIMS MUST BE FILED ON OR BEFORE August 11, 2025

Claims which are not filed timely as set forth above will not be allowed, except as otherwise provided by law. A claim may be filed in the Office of the Clerk of the Bankruptcy Court on an official form prescribed for a proof of claim.

MAIL TO:

United States Bankruptcy Court
PO Box 61010
Houston, TX 77208


Nathan Ochsner
Clerk of Court

Filed: May 9, 2025

Trustee: Allison D Byman

United States Bankruptcy Court
Southern District of Texas

In re:  
Maxx Technologies, Inc. dba Max Sports,  
    Debtor

Case No. 25-30897-evr  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0541-4     User: ADIuser     Page 1 of 3  
Date Rcvd: May 09, 2025     Form ID: ntcasset     Total Noticed: 44

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 11, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Maxx Technologies, Inc. dba Max Sports, TV, dba Ma, 1401 Lake Plaza Dr., Ste. 200, Spring, TX 77389-1868 |
| 12875003 | + | Alabama Department of Revenue, 4920 Corporate Dr. N.W., Huntsville, AL 35805-6204 |
| 12875004 | + | Amazing Spaces, 21836 Holzwarth Road, Spring, TX 77388-3454 |
| 12875006 | + | Barnett & Garcia, 3821 Juniper Trace, Ste. 108, Austin, TX 78738-5514 |
| 12875007 | + | Barrie Hansen, 83 Windward Cv., Spring, TX 77381-4260 |
| 12875008 | + | Berry Appleman & Liden, 2400 N. Glenville Dr., Suite 100, Richardson, TX 75082-0246 |
| 12875009 | + | Blue Cross Blue Shield of Texas, 1001 E. Lookout Dr., Richardson, TX 75082-4144 |
| 12875010 | + | Broadridge Financial Solutions, Inc., 51 Mercedes Way, Edgewood, NY 11717-8383 |
| 12875011 | + | Cokinos Young, c/o Tres Gibbs, 1221 Lamar St., #16, Houston, TX 77010-3039 |
| 12875012 | + | Corporate Filings LLC, 30 N Gould St, Ste. 7000, Sheridan, Wyoming 82801-6317 |
| 12875013 | | Dave Lantz, 39 Westgate Blvd., Toronto, ON M3H1N8 |
| 12875014 | + | David Tagliarino, 8523 Stones Throw Ln, Missouri City, TX 77459-6852 |
| 12875015 | + | Google Cloud, 1600 Amphitheatre Parkway, Mountain View, CA 94043-1351 |
| 12875016 | + | Google Cloud Services, 1600 Amphitheater Pkwy, Mountain View, CA 94043-1351 |
| 12875017 | + | Issuer Direct, One Glenwood Ave, Suite 1001, Raleigh, NC 27603-2582 |
| 12875018 | | Joe Shanab & Sandra Bonetti, 10 Simmons Crescent, Aurora, ON L4G6BA |
| 12875019 | + | Jon Hill & Associates PLLC, 14710 Kellywood Lane, Houston, TX 77079-6417 |
| 12875020 | + | Kerry O'Brien, c/o Abrar Ahmed, 1011 Westlake Dr., Lake Hills, TX 78746-4511 |
| 12875021 | + | Law Offices of Roberta M Rossi PLLC, 1401 Lake Plaza Dr. Ste 200, Spring, TX 77389-1868 |
| 12875022 | | Marmanjit Mavi, Davies, Ward, Philips, & Vineberg, c/o Estate of Richard Mauran, 155 Wellington St. W, Toronto, ON M5V3J7 |
| 12875023 | | McCloskey Roberson Wolley, PLLC, 190 TC Jester Blvd, Suite 400, Houston, TX 77007 |
| 12875024 | | Nissim (Jesse) Chaluh, 5001 Chestnut St., Houston, TX 77096 |
| 12875025 | | OTC Markets Group (Exchange), 300 Vesey St. (One North End Ave), 12th Floor, New York, NY 10282 |
| 12875026 | + | Phonoscope, Inc, 10555 Westoffice Dr., Houston, TX 77042-5310 |
| 12875027 | + | RB Invictus Holdings, LLC, 401 Ryland St., Ste. 200-A, Reno, NV 89502-1672 |
| 12875028 | + | Robert Livermore, 3101 Richmond St. Ste 220, Houston, TX 77098-3013 |
| 12875029 | + | Roberta M. Rossi, 83 Windward Cv, The Woodlands, TX 77381-4260 |
| 12875031 | + | Securities Transfer Corporation ('STC'), 2901 Dallas Pkwy. Ste. 12, Plano, TX 75093-5980 |
| 12875034 | + | Tesla Health Systems, LLC, 3500 Elgin St., Houston, TX 77004-3625 |
| 12875036 | + | Truist Bank, 1640 Lake Woodlands Dr. Ste. D, The Woodlands, TX 77380-3277 |

TOTAL: 30

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | Email/Text: susan.fuertes@harriscountytx.gov | May 09 2025 20:07:00 | Harris County, ATTN: Property Tax Division, Harris County Attorney's Office, P.O. Box 2848, Houston, TX 77252, UNITED STATES |
| cr | Email/Text: houston_bankruptcy@LGBS.com | May 09 2025 20:08:00 | Harris County ESD #07, Linebarger Goggan Blair & Sampson LLP, c/o Jeannie L. Andresen, PO Box 3064, Houston, TX 77253-3064 |
| cr | Email/Text: houston_bankruptcy@LGBS.com | May 09 2025 20:08:00 | Harris County ESD #11, Linebarger Goggan Blair & Sampson LLP, c/o Jeannie Lee Andresen, PO Box 3064, Houston, TX 77253-3064 |
| cr | Email/Text: houston_bankruptcy@LGBS.com | May 09 2025 20:08:00 | Lone Star College System, Linebarger Goggan |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Blair & Sampson LLP, c/o Jeannie Lee Andresen, PO Box 3064, Houston, TX 77253-3064 |
| 12888556 | | Email/Text: aswmail@aswtax.com | May 09 2025 20:07:00 | HARRIS COUNTY IMPROVEMENT DISTRICT # 18, P. O. BOX 1368, Friendswood TX 77549 |
| 12875005 | + | Email/Text: bankruptcynotices@amazon.com | May 09 2025 20:09:00 | Amazon Web Services, 410 Terry Ave. N., Seatle, WA 98109-5210 |
| 12879978 | | Email/Text: houston_bankruptcy@LGBS.com | May 09 2025 20:08:00 | Harris County ESD #07, c/o Jeannie L. Andresen, Linebarger Goggan Blair & Sampson LLP, PO Box 3064, Houston, TX 77253-3064 |
| 12879975 | | Email/Text: houston_bankruptcy@LGBS.com | May 09 2025 20:08:00 | Harris County ESD #11, c/o Jeannie L. Andresen, Linebarger Goggan Blair & Sampson LLP, PO Box 3064, Houston, TX 77253-3064 |
| 12879977 | | Email/Text: houston_bankruptcy@LGBS.com | May 09 2025 20:08:00 | Lone Star College System, c/o Jeannie L. Andresen, Linebarger Goggan Blair & Sampson LLP, PO Box 3064, Houston, TX 77253-3064 |
| 12888555 | + | Email/Text: mvaldez@pbfcm.com | May 09 2025 20:07:00 | SPRING INDEPENDENT SCHOOL DISTRICT, PO BOX 90458, HOUSTON TX 77290-0458 |
| 12875033 | | EDI: ALDEPREV | May 09 2025 23:53:00 | State of Alabama, Dep of Revenue/Collections Division, PO Box 327820, Montgomery, AL 36132-7820 |
| 12895616 | | EDI: ALDEPREV | May 09 2025 23:53:00 | State of Alabama, Department of Revenue, Legal Division, PO Box 320001, Montgomery, AL 36132-0001 |
| 12875032 | + | Email/Text: elpasodlsc@sba.gov | May 09 2025 20:08:00 | Small Business Administration, 10737 Gateway West Ste.300, El Paso,Tx. 79935-4910 |
| 12875035 | | Email/Text: pacer@cpa.state.tx.us | May 09 2025 20:08:00 | TEXAS COMPTROLLER OF PUBLIC ACCOUNTS, 111 E. 17TH STREET, AUSTIN, TX 78774-0100 |

TOTAL: 14

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | SPRING INDEPENDENT SCHOOL DISTRICT AND HARRIS COUN |
| 12875030 | | RSM France, RCS Paris 800 709 891, SAS au Capital de 100 000, 26 rue Cambaceres, 75008 Paris |

TOTAL: 2 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 11, 2025          Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

District/off: 0541-4 | User: ADIuser | Page 3 of 3
Date Rcvd: May 09, 2025 | Form ID: ntcasset | Total Noticed: 44

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 8, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Allison D Byman | adb@bymanlaw.com<br>adb@trustesolutions.net;rww.trustee1@gmail.com;cadb11@trustesolutions.net;rah@bymanlaw.com;kst@bymanlaw.com |
| Jeannie Lee Andresen | on behalf of Creditor Harris County ESD #07 houston_bankruptcy@lgbs.com |
| Jeannie Lee Andresen | on behalf of Creditor Harris County ESD #11 houston_bankruptcy@lgbs.com |
| Jeannie Lee Andresen | on behalf of Creditor Lone Star College System houston_bankruptcy@lgbs.com |
| Julie M. Koenig | on behalf of Debtor Maxx Technologies  Inc. dba Max Sports, TV, dba Maxx Sports Technologies, Inc. julie.koenig@cooperscully.com, charlene.garcia@cooperscully.com |
| Melissa E Valdez | on behalf of Creditor SPRING INDEPENDENT SCHOOL DISTRICT AND HARRIS COUNTY IMPROVEMENT DISTRICT # 18 mvaldez@pbfcm.com  mvaldez@ecf.courtdrive.com;arandermann@pbfcm.com |
| Susan R. Fuertes | on behalf of Creditor Harris County  ATTN: Property Tax Division susan.fuertes@harriscountytx.gov, taxbankruptcy.cao@harriscountytx.gov |
| US Trustee | USTPRegion07.HU.ECF@USDOJ.GOV |

TOTAL: 8