| | | |
|---|---|---|
| Label Matrix for local noticing<br>0541-4<br>Case 25-30897<br>Southern District of Texas<br>Houston<br>Thu Jul 24 09:11:05 CDT 2025 | Cokinos Young<br>c/o Craig E. Power and Misty A. Segura<br>1221 Lamar Street, 16th Floor<br>Houston, TX 77010-3039 | Harris County ESD #07<br>Linebarger Goggan Blair & Sampson LLP<br>c/o Jeannie L. Andresen<br>PO Box 3064<br>Houston, TX 77253-3064  **MOVANT EXH. 1** |
| Harris County ESD #11<br>Linebarger Goggan Blair & Sampson LLP<br>c/o Jeannie Lee Andresen<br>PO Box 3064<br>Houston, TX 77253-3064 | (p)HARRIS COUNTY ATTORNEY'S OFFICE<br>P O BOX 2848<br>HOUSTON TX 77252-2848 | Lone Star College System<br>Linebarger Goggan Blair & Sampson LLP<br>c/o Jeannie Lee Andresen<br>PO Box 3064<br>Houston, TX 77253-3064 |
| Maxx Technologies, Inc. dba Max Sports, TV,<br>1401 Lake Plaza Dr.<br>Ste. 200<br>Spring, TX 77389-1868 | 4<br>United States Bankruptcy Court<br>PO Box 61010<br>Houston, TX 77208-1010 | Alabama Department of Revenue<br>4920 Corporate Dr. N.W.<br>Huntsville, AL 35805-6204 |
| Amazing Spaces<br>21836 Holzwarth Road<br>Spring, TX 77388-3454 | Amazon Web Services<br>410 Terry Ave. N.<br>Seattle, WA 98109-5210 | Barnett & Garcia<br>3821 Juniper Trace<br>Ste. 108<br>Austin, TX 78738-5514 |
| Barrie Hansen<br>83 Windward Cv.<br>Spring, TX 77381-4260 | Benji Nelson<br>2400 N Glenville Dr Ste 100<br>Richardson, TX 75082-0246 | Berry Appleman & Liden<br>2400 N. Glenville Dr.<br>Suite 100<br>Richardson, TX 75082-0246 |
| Blue Cross Blue Shield of Texas<br>1001 E. Lookout Dr.<br>Richardson, TX 75082-4144 | Broadridge Financial Solutions, Inc.<br>51 Mercedes Way<br>Edgewood, NY 11717-8383 | Cokinos Young<br>c/o Tres Gibbs<br>1221 Lamar St.<br>#16<br>Houston, TX 77010-3039 |
| Corporate Filings LLC<br>30 N Gould St<br>Ste. 7000<br>Sheridan, Wyoming 82801-6317 | Dave Lantz<br>39 Westgate Blvd.<br>Toronto, ON M3H1N8 | David Tagliarino<br>8523 Stones Throw Ln<br>Missouri City, TX 77459-6852 |
| Google Cloud<br>1600 Amphitheatre Parkway<br>Mountain View, CA 94043-1351 | Google Cloud Services<br>1600 Amphitheater Pkwy<br>Mountain View, CA 94043-1351 | (p)ASSESSMENTS OF THE SOUTHWEST<br>PO BOX 1368<br>FRIENDSWOOD TX 77549-1368 |
| Harris County ESD #07<br>c/o Jeannie L. Andresen<br>Linebarger Goggan Blair & Sampson LLP<br>PO Box 3064<br>Houston, TX 77253-3064 | Harris County ESD #11<br>c/o Jeannie L. Andresen<br>Linebarger Goggan Blair & Sampson LLP<br>PO Box 3064<br>Houston, TX 77253-3064 | Issuer Direct<br>One Glenwood Ave<br>Suite 1001<br>Raleigh, NC 27603-2582 |
| Joe Shanab & Sandra Bonetti<br>10 Simmons Crescent<br>Aurora, ON L4G6BA | Jon Hill & Associates PLLC<br>14710 Kellywood Lane<br>Houston, TX 77079-6417 | Kerry O'Brien<br>c/o Abrar Ahmed<br>1011 Westlake Dr.<br>Lake Hills, TX 78746-4511 |

```
Law Offices of Roberta M Rossi PLLC      Lone Star College System                  Marmanjit Mavi, Davies, Ward, Philips
1401 Lake Plaza Dr. Ste 200              c/o Jeannie L. Andresen                   & Vineberg
Spring, TX 77389-1868                    Linebarger Goggan Blair & Sampson LLP     c/o Estate of Richard Mauran
                                         PO Box 3064                               155 Wellington St. W
                                         Houston, TX 77253-3064                    Toronto, ON M5V3J7


McCloskey Roberson Wolley, PLLC          Nissim (Jesse) Chaluh                     OTC Markets Group (Exchange)
190 TC Jester Blvd                       5001 Chestnut St.                         300 Vesey St. (One North End Ave)
Suite 400                                Houston, TX 77096                         12th Floor
Houston, TX 77007                                                                  New York, NY 10282


Phonoscope, Inc                          RB Invictus Holdings, LLC                 Robert Livermore
10555 Westoffice Dr.                     401 Ryland St.                            3101 Richmond St. Ste 220
Houston, TX 77042-5310                   Ste. 200-A                                Houston, TX 77098-3013
                                         Reno, NV 89502-1672


Roberta M. Rossi                         SPRING INDEPENDENT SCHOOL DISTRICT        Securities Transfer Corporation ('STC&#
83 Windward Cv                           PO BOX 90458                              2901 Dallas Pkwy. Ste. 12
The Woodlands, TX 77381-4260             HOUSTON TX 77290-0458                     Plano, TX 75093-5980


Small Business Administration            (p)STATE OF ALABAMA DEPARTMENT OF REVENUE TEXAS COMPTROLLER OF PUBLIC ACCOUNTS
10737 Gateway West Ste.300               P O BOX 320001                            111 E. 17TH STREET
El Paso,Tx. 79935-4910                   MONTGOMERY AL 36132-0001                  AUSTIN, TX 78774-0100


Tesla Health Systems, LLC                Truist Bank                               Truist Bank, Support Services
3500 Elgin St.                           1640 Lake Woodlands Dr. Ste. D            PO Box 85092
Houston, TX 77004-3625                   The Woodlands, TX 77380-3277              Richmond, VA 23285-5092


US Trustee                               Allison D Byman                           Julie M. Koenig
Office of the US Trustee                 Byman & Associates PLLC                   Cooper & Scully
515 Rusk Ave                             7924 Broadway                             26310 Oak Ridge Drive
Ste 3516                                 Suite 104                                 Suite 34
Houston, TX 77002-2604                   Pearland, TX 77581-7933                   The Woodlands, TX 77380-3777
```

          The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
          by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Harris County, ATTN: Property Tax Division   HARRIS COUNTY IMPROVEMENT DISTRICT # 18   State of Alabama
Harris County Attorney's Office              P. O. BOX 1368                            Dep of Revenue/Collections Division
P.O. Box 2848                                Friendswood TX 77549                      PO Box 327820
Houston, TX 77252 United States                                                        Montgomery, AL 36132-7820


(d)State of Alabama, Department of Revenue
Legal Division
PO Box 320001
Montgomery, AL 36132-0001
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)SPRING INDEPENDENT SCHOOL DISTRICT AND HAR | (u)RSM France<br>RCS Paris 800 709 891<br>SAS au Capital de 100 000<br>26 rue Cambaceres<br>75008 Paris | End of Label Matrix<br>Mailable recipients    50<br>Bypassed recipients     2<br>Total                  52 |