United States Bankruptcy Court
Southern District of Texas
**ENTERED**
October 16, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO: 25-30897 |
| MAXX TECHNOLOGIES, INC. DBA MAX SPORTS, TV, DBA MAXX SPORTS TECHNOLOGIES, INC., | § § § | |
| | § | |
| Debtor. | § | |
| | § | |
| | § | CHAPTER 7 |

# ORDER
## STRIKING MOTION FOR RELIEF FROM STAY
*Resolving ECF No. 19*

Pending before this Court is Abrar Ahmed's Motion for Relief from Automatic Stay ("*Motion*").[1] The Motion fails to include a proper hearing date from the presiding judge's webpage as required by BLR 4001-1(a)(2). Accordingly, it is therefore:

**ORDERED:** that
1. The Motion[2] is hereby STRUCK.

**SIGNED October 16, 2025**

_____
**Eduardo V. Rodriguez**
**Chief United States Bankruptcy Judge**

---

[1] ECF No. 19

[2] *Id.*