United States Bankruptcy Court
Southern District of Texas
**ENTERED**
October 16, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE: § | |
| § | CASE NO: 25-30897 |
| MAXX TECHNOLOGIES, INC. DBA MAX § | |
| SPORTS, TV, DBA MAXX SPORTS § | |
| TECHNOLOGIES, INC., § | |
| § | |
| Debtor. § | |
| § | |
| § | CHAPTER 7 |

## ORDER
### STRIKING MOTION FOR RELIEF FROM STAY
*Resolving ECF No. 19*

Pending before this Court is Abrar Ahmed's Motion for Relief from Automatic Stay ("*Motion*").[1] The Motion fails to include a proper hearing date from the presiding judge's webpage as required by BLR 4001-1(a)(2). Accordingly, it is therefore:

**ORDERED:** that
1. The Motion[2] is hereby STRUCK.

**SIGNED October 16, 2025**

_____
Eduardo V. Rodriguez
**Chief United States Bankruptcy Judge**

---

[1] ECF No. 19
[2] *Id.*

United States Bankruptcy Court
Southern District of Texas

In re: Case No. 25-30897-evr

Maxx Technologies, Inc. dba Max Sports, Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0541-4      User: ADIuser      Page 1 of 2
Date Rcvd: Oct 16, 2025      Form ID: pdf002      Total Noticed: 7

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 18, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Maxx Technologies, Inc. dba Max Sports, TV, dba Ma, 1401 Lake Plaza Dr., Ste. 200, Spring, TX 77389-1868 |
| cr | + | Cokinos Young, c/o Craig E. Power and Misty A. Segura, 1221 Lamar Street, 16th Floor, Houston, TX 77010-3039 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | Email/Text: susan.fuertes@harriscountytx.gov | Oct 16 2025 20:26:00 | Harris County, ATTN: Property Tax Division, Harris County Attorney's Office, P.O. Box 2848, Houston, TX 77252, UNITED STATES |
| cr | Email/Text: houston_bankruptcy@LGBS.com | Oct 16 2025 20:27:00 | Harris County ESD #07, Linebarger Goggan Blair & Sampson LLP, c/o Jeannie L. Andresen, PO Box 3064, Houston, TX 77253-3064 |
| cr | Email/Text: houston_bankruptcy@LGBS.com | Oct 16 2025 20:27:00 | Harris County ESD #11, Linebarger Goggan Blair & Sampson LLP, c/o Jeannie Lee Andresen, PO Box 3064, Houston, TX 77253-3064 |
| cr | Email/Text: houston_bankruptcy@LGBS.com | Oct 16 2025 20:27:00 | Lone Star College System, Linebarger Goggan Blair & Sampson LLP, c/o Jeannie Lee Andresen, PO Box 3064, Houston, TX 77253-3064 |
| cr | ^ MEBN | Oct 16 2025 20:20:22 | Texas Comptroller of Public Accounts, Revenue Acco, John Mark Stern, P.O. Box 12548, Austin, TX 78711-2548 |

TOTAL: 5

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Abrar Ahmed |
| cr | | SPRING INDEPENDENT SCHOOL DISTRICT AND HARRIS COUN |

TOTAL: 2 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the**

| District/off: 0541-4 | User: ADIuser | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Oct 16, 2025 | Form ID: pdf002 | Total Noticed: 7 |

**complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 18, 2025       Signature:       /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 16, 2025 at the address(es) listed below:**

**Name**          **Email Address**

Allison D Byman

adb@bymanlaw.com
adb@trustesolutions.net;rww.trustee1@gmail.com;cadb11@trustesolutions.net;rah@bymanlaw.com;kst@bymanlaw.com;bam@bymanlaw.com

Jeannie Lee Andresen

on behalf of Creditor Harris County ESD #07 houston_bankruptcy@lgbs.com

Jeannie Lee Andresen

on behalf of Creditor Harris County ESD #11 houston_bankruptcy@lgbs.com

Jeannie Lee Andresen

on behalf of Creditor Lone Star College System houston_bankruptcy@lgbs.com

John Mark Stern

on behalf of Creditor Texas Comptroller of Public Accounts  Revenue Accounting Division bk-jstern@oag.texas.gov, sherri.simpson@oag.texas.gov

Julie M. Koenig

on behalf of Debtor Maxx Technologies  Inc. dba Max Sports, TV, dba Maxx Sports Technologies, Inc. julie.koenig@cooperscully.com, charlene.garcia@cooperscully.com

Kerry Vincent O'Brien

on behalf of Creditor Abrar Ahmed ko@obrienlawpc.com

Melissa E Valdez

on behalf of Creditor SPRING INDEPENDENT SCHOOL DISTRICT AND HARRIS COUNTY IMPROVEMENT DISTRICT # 18 mvaldez@pbfcm.com  mvaldez@ecf.courtdrive.com;arandermann@pbfcm.com

Reagan H. Tres Gibbs, III

on behalf of Creditor Cokinos Young tgibbs@cokinoslaw.com  jjohnson@cokinoslaw.com

Susan R. Fuertes

on behalf of Creditor Harris County  ATTN: Property Tax Division susan.fuertes@harriscountytx.gov, taxbankruptcy.cao@harriscountytx.gov

US Trustee

USTPRegion07.HU.ECF@USDOJ.GOV


TOTAL: 11