**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**

United States Bankruptcy Court
Southern District of Texas
**ENTERED**
October 25, 2025
Nathan Ochsner, Clerk

| | | |
|---|---|---|
| In Re: Maxx Technologies, Inc. dba Max Sports, TV, dba Ma | § § | Case No.: 25–30897 |
| Debtor | § | Chapter: 7 |

## Notice of Proposed Abandonment

    The chapter 7 trustee in this case has submitted a Report of No Distribution, and proposes to abandon all property of the estate scheduled by the Debtor(s) pursuant to Fed. R. Bankr. P. 6007(a) that has not been previously abandoned. Any party in interest may file and serve an objection within 14 days of the sending of this Notice. If no timely objection is filed, all scheduled assets not previously abandoned will be abandoned without the necessity of further Court order. If a timely objection is filed, the proposed abandonment will not occur until the Court rules on the proposed abandonment. If the chapter 7 trustee's Report of No Distribution is withdrawn within 14 days of the date of this notice, the proposed abandonment is likewise withdrawn.

Date: 10/25/25

/s/ Nathan Ochsner

United States Bankruptcy Court
Southern District of Texas

In re:  Case No. 25-30897-evr
Maxx Technologies, Inc. dba Max Sports,  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0541-4  User: admin  Page 1 of 3
Date Rcvd: Oct 27, 2025  Form ID: ch7narpt  Total Noticed: 43

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

#      Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 29, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Maxx Technologies, Inc. dba Max Sports, TV, dba Ma, 1401 Lake Plaza Dr., Ste. 200, Spring, TX 77389-1868 |
| 12875003 | + | Alabama Department of Revenue, 4920 Corporate Dr. N.W., Huntsville, AL 35805-6204 |
| 12875004 | + | Amazing Spaces, 21836 Holzwarth Road, Spring, TX 77388-3454 |
| 12875006 | + | Barnett & Garcia, 3821 Juniper Trace, Ste. 108, Austin, TX 78738-5514 |
| 12875007 | + | Barrie Hansen, 83 Windward Cv., Spring, TX 77381-4260 |
| 12958825 | + | Benji Nelson, 2400 N Glenville Dr Ste 100, Richardson, TX 75082-0246 |
| 12875008 | + | Berry Appleman & Liden, 2400 N. Glenville Dr., Suite 100, Richardson, TX 75082-0246 |
| 12875009 | + | Blue Cross Blue Shield of Texas, 1001 E. Lookout Dr., Richardson, TX 75082-4144 |
| 12875010 | + | Broadridge Financial Solutions, Inc., 51 Mercedes Way, Edgewood, NY 11717-8383 |
| 12875011 | + | Cokinos Young, c/o Tres Gibbs, 1221 Lamar St., #16, Houston, TX 77010-3039 |
| 12875012 | + | Corporate Filings LLC, 30 N Gould St, Ste. 7000, Sheridan, Wyoming 82801-6317 |
| 12875013 | | Dave Lantz, 39 Westgate Blvd., Toronto, ON M3H1N8 |
| 12875014 | #+ | David Tagliarino, 8523 Stones Throw Ln, Missouri City, TX 77459-6852 |
| 12875015 | + | Google Cloud, 1600 Amphitheatre Parkway, Mountain View, CA 94043-1351 |
| 12875016 | + | Google Cloud Services, 1600 Amphitheater Pkwy, Mountain View, CA 94043-1351 |
| 12875017 | + | Issuer Direct, One Glenwood Ave, Suite 1001, Raleigh, NC 27603-2582 |
| 12875018 | | Joe Shanab & Sandra Bonetti, 10 Simmons Crescent, Aurora, ON L4G6BA |
| 12875019 | + | Jon Hill & Associates PLLC, 14710 Kellywood Lane, Houston, TX 77079-6417 |
| 12875020 | + | Kerry O'Brien, c/o Abrar Ahmed, 1011 Westlake Dr., Lake Hills, TX 78746-4511 |
| 12875021 | + | Law Offices of Roberta M Rossi PLLC, 1401 Lake Plaza Dr. Ste 200, Spring, TX 77389-1868 |
| 12875022 | | Marmanjit Mavi, Davies, Ward, Philips, & Vineberg, c/o Estate of Richard Mauran, 155 Wellington St. W, Toronto, ON M5V3J7 |
| 12875023 | | McCloskey Roberson Wolley, PLLC, 190 TC Jester Blvd, Suite 400, Houston, TX 77007 |
| 12875024 | | Nissim (Jesse) Chaluh, 5001 Chestnut St., Houston, TX 77096 |
| 12875025 | | OTC Markets Group (Exchange), 300 Vesey St. (One North End Ave), 12th Floor, New York, NY 10282 |
| 12875026 | + | Phonoscope, Inc, 10555 Westoffice Dr., Houston, TX 77042-5310 |
| 12875027 | + | RB Invictus Holdings, LLC, 401 Ryland St., Ste. 200-A, Reno, NV 89502-1672 |
| 12875028 | + | Robert Livermore, 3101 Richmond St. Ste 220, Houston, TX 77098-3013 |
| 12875029 | + | Roberta M. Rossi, 83 Windward Cv, The Woodlands, TX 77381-4260 |
| 12875031 | + | Securities Transfer Corporation ('STC'), 2901 Dallas Pkwy. Ste. 12, Plano, TX 75093-5990 |
| 12875034 | + | Tesla Health Systems, LLC, 3500 Elgin St., Houston, TX 77004-3625 |
| 12875036 | + | Truist Bank, 1640 Lake Woodlands Dr. Ste. D, The Woodlands, TX 77380-3277 |

TOTAL: 31

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 12888556 | | Email/Text: aswmail@aswtax.com | Oct 27 2025 20:12:00 | HARRIS COUNTY IMPROVEMENT DISTRICT # 18, P. O. BOX 1368, Friendswood TX 77549 |
| 12875005 | + | Email/Text: bankruptcynotices@amazon.com | Oct 27 2025 20:12:00 | Amazon Web Services, 410 Terry Ave. N., Seatle, WA 98109-5210 |
| 12879978 | | Email/Text: houston_bankruptcy@LGBS.com | Oct 27 2025 20:12:00 | Harris County ESD #07, c/o Jeannie L. Andresen, |

| District/off: 0541-4 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Oct 27, 2025 | Form ID: ch7narpt | Total Noticed: 43 |

| Recip ID | | Notice Type | Date Sent | Name and Address |
|---|---|---|---|---|
| 12879975 | | Email/Text: houston_bankruptcy@LGBS.com | Oct 27 2025 20:12:00 | Linebarger Goggan Blair & Sampson LLP, PO Box 3064, Houston, TX 77253-3064 |
| | | | | Harris County ESD #11, c/o Jeannie L. Andresen, Linebarger Goggan Blair & Sampson LLP, PO Box 3064, Houston, TX 77253-3064 |
| 12879977 | | Email/Text: houston_bankruptcy@LGBS.com | Oct 27 2025 20:12:00 | Lone Star College System, c/o Jeannie L. Andresen, Linebarger Goggan Blair & Sampson LLP, PO Box 3064, Houston, TX 77253-3064 |
| 12888555 | + | Email/Text: mvaldez@pbfcm.com | Oct 27 2025 20:12:00 | SPRING INDEPENDENT SCHOOL DISTRICT, PO BOX 90458, HOUSTON TX 77290-0458 |
| 12875033 | | Email/Text: bankruptcy@revenue.alabama.gov | Oct 27 2025 20:12:00 | State of Alabama, Dep of Revenue/Collections Division, PO Box 327820, Montgomery, AL 36132-7820 |
| 12895616 | | Email/Text: bankruptcy@revenue.alabama.gov | Oct 27 2025 20:12:00 | State of Alabama, Department of Revenue, Legal Division, PO Box 320001, Montgomery, AL 36132-0001 |
| 12875032 | + | Email/Text: elpasodlsc@sba.gov | Oct 27 2025 20:12:00 | Small Business Administration, 10737 Gateway West Ste.300, El Paso,Tx. 79935-4910 |
| 12875035 | | Email/Text: pacer@cpa.state.tx.us | Oct 27 2025 20:12:00 | TEXAS COMPTROLLER OF PUBLIC ACCOUNTS, 111 E. 17TH STREET, AUSTIN, TX 78774-0100 |
| 13024500 | ^ | MEBN | Oct 27 2025 20:08:55 | Texas Comptroller of Public Accounts, C/O Office of the Attorney General, Bankruptcy - Collections Division MC-008, PO Box 12548, Austin, TX 78711-2548 |
| 12952012 | + | Email/Text: bankruptcy@bbandt.com | Oct 27 2025 20:12:00 | Truist Bank, Support Services, PO Box 85092, Richmond, VA 23285-5092 |

TOTAL: 12

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 12875030 | | RSM France, RCS Paris 800 709 891, SAS au Capital de 100 000, 26 rue Cambaceres, 75008 Paris |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 29, 2025          Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 25, 2025 at the address(es) listed below:

**Name**                        **Email Address**

| District/off: 0541-4 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Oct 27, 2025 | Form ID: ch7narpt | Total Noticed: 43 |

Allison D Byman
    adb@bymanlaw.com
    adb@trustesolutions.net;rww.trustee1@gmail.com;cadb11@trustesolutions.net;rah@bymanlaw.com;kst@bymanlaw.com;bam@bymanlaw.com

Jeannie Lee Andresen
    on behalf of Creditor Harris County ESD #07 houston_bankruptcy@lgbs.com

Jeannie Lee Andresen
    on behalf of Creditor Harris County ESD #11 houston_bankruptcy@lgbs.com

Jeannie Lee Andresen
    on behalf of Creditor Lone Star College System houston_bankruptcy@lgbs.com

John Mark Stern
    on behalf of Creditor Texas Comptroller of Public Accounts  Revenue Accounting Division bk-jstern@oag.texas.gov, sherri.simpson@oag.texas.gov

Julie M. Koenig
    on behalf of Debtor Maxx Technologies  Inc. dba Max Sports, TV, dba Maxx Sports Technologies, Inc. julie.koenig@cooperscully.com, charlene.garcia@cooperscully.com

Kerry Vincent O'Brien
    on behalf of Creditor Abrar Ahmed ko@obrienlawpc.com

Melissa E Valdez
    on behalf of Creditor SPRING INDEPENDENT SCHOOL DISTRICT AND HARRIS COUNTY IMPROVEMENT DISTRICT # 18 mvaldez@pbfcm.com  mvaldez@ecf.courtdrive.com;arandermann@pbfcm.com

Reagan H. Tres Gibbs, III
    on behalf of Creditor Cokinos Young tgibbs@cokinoslaw.com  jjohnson@cokinoslaw.com

Susan R. Fuertes
    on behalf of Creditor Harris County  ATTN: Property Tax Division susan.fuertes@harriscountytx.gov, taxbankruptcy.cao@harriscountytx.gov

US Trustee
    USTPRegion07.HU.ECF@USDOJ.GOV

TOTAL: 11