Label Matrix for local noticing
0541-4
Case 25-30897
Southern District of Texas
Houston
Thu Jul 24 09:11:05 CDT 2025

Cokinos Young
c/o Craig E. Power and Misty A. Segura
1221 Lamar Street, 16th Floor
Houston, TX 77010-3039

Harris County ESD #07
Linebarger Goggan Blair & Sampson LLP
c/o Jeannie L. Andresen
PO Box 3064
Houston, TX 77253-3064

MOVANT
EXH. 1

Harris County ESD #11
Linebarger Goggan Blair & Sampson LLP
c/o Jeannie Lee Andresen
PO Box 3064
Houston, TX 77253-3064

(p)HARRIS COUNTY ATTORNEY'S OFFICE
P O BOX 2848
HOUSTON TX 77252-2848

Lone Star College System
Linebarger Goggan Blair & Sampson LLP
c/o Jeannie Lee Andresen
PO Box 3064
Houston, TX 77253-3064

Maxx Technologies, Inc. dba Max Sports, TV,
1401 Lake Plaza Dr.
Ste. 200
Spring, TX 77389-1868

4
United States Bankruptcy Court
PO Box 61010
Houston, TX 77208-1010

Alabama Department of Revenue
4920 Corporate Dr. N.W.
Huntsville, AL 35805-6204

Amazing Spaces
21836 Holzwarth Road
Spring, TX 77388-3454

Amazon Web Services
410 Terry Ave. N.
Seattle, WA 98109-5210

Barnett & Garcia
3821 Juniper Trace
Ste. 108
Austin, TX 78738-5514

Barrie Hansen
83 Windward Cv.
Spring, TX 77381-4260

Benji Nelson
2400 N Glenville Dr Ste 100
Richardson, TX 75082-0246

Berry Appleman & Liden
2400 N. Glenville Dr.
Suite 100
Richardson, TX 75082-0246

Blue Cross Blue Shield of Texas
1001 E. Lookout Dr.
Richardson, TX 75082-4144

Broadridge Financial Solutions, Inc.
51 Mercedes Way
Edgewood, NY 11717-8383

Cokinos Young
c/o Tres Gibbs
1221 Lamar St.
#16
Houston, TX 77010-3039

Corporate Filings LLC
30 N Gould St
Ste. 7000
Sheridan, Wyoming 82801-6317

Dave Lantz
39 Westgate Blvd.
Toronto, ON M3H1N8

David Tagliarino
8523 Stones Throw Ln
Missouri City, TX 77459-6852

Google Cloud
1600 Amphitheatre Parkway
Mountain View, CA 94043-1351

Google Cloud Services
1600 Amphitheater Pkwy
Mountain View, CA 94043-1351

(p)ASSESSMENTS OF THE SOUTHWEST
PO BOX 1368
FRIENDSWOOD TX 77549-1368

Harris County ESD #07
c/o Jeannie L. Andresen
Linebarger Goggan Blair & Sampson LLP
PO Box 3064
Houston, TX 77253-3064

Harris County ESD #11
c/o Jeannie L. Andresen
Linebarger Goggan Blair & Sampson LLP
PO Box 3064
Houston, TX 77253-3064

Issuer Direct
One Glenwood Ave
Suite 1001
Raleigh, NC 27603-2582

Joe Shanab & Sandra Bonetti
10 Simmons Crescent
Aurora, ON L4G6BA

Jon Hill & Associates PLLC
14710 Kellywood Lane
Houston, TX 77079-6417

Kerry O'Brien
c/o Abrar Ahmed
1011 Westlake Dr.
Lake Hills, TX 78746-4511

Law Offices of Roberta M Rossi PLLC
1401 Lake Plaza Dr. Ste 200
Spring, TX 77389-1868

Lone Star College System
c/o Jeannie L. Andresen
Linebarger Goggan Blair & Sampson LLP
PO Box 3064
Houston, TX 77253-3064

Marmanjit Mavi, Davies, Ward, Philips
& Vineberg
c/o Estate of Richard Mauran
155 Wellington St. W
Toronto, ON M5V3J7

McCloskey Roberson Wolley, PLLC
190 TC Jester Blvd
Suite 400
Houston, TX 77007

Nissim (Jesse) Chaluh
5001 Chestnut St.
Houston, TX 77096

OTC Markets Group (Exchange)
300 Vesey St. (One North End Ave)
12th Floor
New York, NY 10282

Phonoscope, Inc
10555 Westoffice Dr.
Houston, TX 77042-5310

RB Invictus Holdings, LLC
401 Ryland St.
Ste. 200-A
Reno, NV 89502-1672

Robert Livermore
3101 Richmond St. Ste 220
Houston, TX 77098-3013

Roberta M. Rossi
83 Windward Cv
The Woodlands, TX 77381-4260

SPRING INDEPENDENT SCHOOL DISTRICT
PO BOX 90458
HOUSTON TX 77290-0458

Securities Transfer Corporation ('STC&#
2901 Dallas Pkwy. Ste. 12
Plano, TX 75093-5980

Small Business Administration
10737 Gateway West Ste.300
El Paso,Tx. 79935-4910

(p)STATE OF ALABAMA DEPARTMENT OF REVENUE
P O BOX 320001
MONTGOMERY AL 36132-0001

TEXAS COMPTROLLER OF PUBLIC ACCOUNTS
111 E. 17TH STREET
AUSTIN, TX 78774-0100

Tesla Health Systems, LLC
3500 Elgin St.
Houston, TX 77004-3625

Truist Bank
1640 Lake Woodlands Dr. Ste. D
The Woodlands, TX 77380-3277

Truist Bank, Support Services
PO Box 85092
Richmond, VA 23285-5092

US Trustee
Office of the US Trustee
515 Rusk Ave
Ste 3516
Houston, TX 77002-2604

Allison D Byman
Byman & Associates PLLC
7924 Broadway
Suite 104
Pearland, TX 77581-7933

Julie M. Koenig
Cooper & Scully
26310 Oak Ridge Drive
Suite 34
The Woodlands, TX 77380-3777

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Harris County, ATTN: Property Tax Division
Harris County Attorney's Office
P.O. Box 2848
Houston, TX 77252 United States

HARRIS COUNTY IMPROVEMENT DISTRICT # 18
P. O. BOX 1368
Friendswood TX 77549

State of Alabama
Dep of Revenue/Collections Division
PO Box 327820
Montgomery, AL 36132-7820

(d)State of Alabama, Department of Revenue
Legal Division
PO Box 320001
Montgomery, AL 36132-0001

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)SPRING INDEPENDENT SCHOOL DISTRICT AND HAR | (u)RSM France | End of Label Matrix |
| | RCS Paris 800 709 891 | Mailable recipients    50 |
| | SAS au Capital de 100 000 | Bypassed recipients     2 |
| | 26 rue Cambaceres | Total                  52 |
| | 75008 Paris | |