UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE:<br><br>MAXX TECHNOLOGIES, INC | CASE NO: 25-30897<br>**DECLARATION OF MAILING CERTIFICATE OF SERVICE**<br>Chapter: 7<br>ECF Docket Reference No. 24<br>Judge: Eduardo V. Rodriguez<br>Hearing Location: Courtroom 8B, 515 Rusk Avenue, Houston, TX 77002<br>Hearing Date: December 10, 2025<br>Hearing Time: 9:00 a.m. Central Time |

On 11/3/2025, I did cause a copy of the following documents, described below,

MOTION FOR ENTRY OF AGREED ORDER CONDITIONING AUTOMATIC STAY  AS TO PROCEEDINGS AGAINST INDIVIDUAL BARRIE HANSEN ECF Docket Reference No. 24

EXHIBIT 1 LIST OF CREDITORS FOR SERVICE 24-1

PROPOSED ORDER 24-2

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 11/3/2025

/s/ Kerry V. O'Brien
Kerry V. O'Brien  2438469
Attorney for Creditor
O'Brien Law Firm
1011 Westlake Drive
Austin, TX 78746
512-410-1960
ko@obrienlawpc.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE:<br><br>MAXX TECHNOLOGIES, INC | CASE NO: 25-30897<br><br>**CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING**<br><br>Chapter: 7<br>ECF Docket Reference No. 24<br>Judge: Eduardo V. Rodriguez<br>Hearing Location: Courtroom 8B, 515 Rusk Avenue, Houston, TX 77002<br>Hearing Date: December 10, 2025<br>Hearing Time: 9:00 a.m. Central Time |

On 11/3/2025, a copy of the following documents, described below,

MOTION FOR ENTRY OF AGREED ORDER CONDITIONING AUTOMATIC STAY  AS TO PROCEEDINGS AGAINST INDIVIDUAL BARRIE HANSEN ECF Docket Reference No. 24

EXHIBIT 1 LIST OF CREDITORS FOR SERVICE 24-1

PROPOSED ORDER 24-2

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 11/3/2025

_____
Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Kerry V. O'Brien
O'Brien Law Firm
1011 Westlake Drive
Austin, TX  78746

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

CASE INFO

LABEL MATRIX FOR LOCAL NOTICING
NCRS ADDRESS DOWNLOAD
CASE 25-30897
SOUTHERN DISTRICT OF TEXAS
MON NOV 3 12-49-46 PST 2025

COKINOS YOUNG
CO CRAIG E POWER AND MISTY A SEGURA
1221 LAMAR STREET  16TH FLOOR
HOUSTON  TX 77010-3039

HARRIS COUNTY ESD 07
LINEBARGER GOGGAN BLAIR  SAMPSON LLP
CO JEANNIE L ANDRESEN
PO BOX 3064
HOUSTON  TX 77253-3064

HARRIS COUNTY ESD 11
LINEBARGER GOGGAN BLAIR  SAMPSON LLP
CO JEANNIE LEE ANDRESEN
PO BOX 3064
HOUSTON  TX 77253-3064

(P)HARRIS COUNTY ATTORNEYS OFFICE
P O BOX 2848
HOUSTON TX 77252-2848

LONE STAR COLLEGE SYSTEM
LINEBARGER GOGGAN BLAIR  SAMPSON LLP
CO JEANNIE LEE ANDRESEN
PO BOX 3064
HOUSTON  TX 77253-3064

DEBTOR

MAXX TECHNOLOGIES  INC DBA MAX SPORTS  TV
1401 LAKE PLAZA DR
STE 200
SPRING  TX 77389-1868

EXCLUDE

(U)SPRING INDEPENDENT SCHOOL DISTRICT AND HARRI

TEXAS COMPTROLLER OF PUBLIC ACCOUNTS  REVENU
JOHN MARK STERN
PO BOX 12548
AUSTIN  TX 78711-2548

EXCLUDE

4
UNITED STATES BANKRUPTCY COURT
PO BOX 61010
HOUSTON  TX 77208-1010

ALABAMA DEPARTMENT OF REVENUE
4920 CORPORATE DR NW
HUNTSVILE  AL 35805-6204

AMAZING SPACES
21836 HOLZWARTH ROAD
SPRING  TX 77388-3454

AMAZON WEB SERVICES
410 TERRY AVE N
SEATTLE  WA 98109-5210

BARNETT  GARCIA
3821 JUNIPER TRACE
STE 108
AUSTIN  TX 78738-5514

BARRIE HANSEN
83 WINDWARD CV
SPRING  TX 77381-4260

BENJI NELSON
2400 N GLENVILLE DR STE 100
RICHARDSON  TX 75082-0246

BERRY APPLEMAN  LIDEN
2400 N GLENVILLE DR
SUITE 100
RICHARDSON  TX 75082-0246

BLUE CROSS BLUE SHIELD OF TEXAS
1001 E LOOKOUT DR
RICHARDSON  TX 75082-4144

BROADRIDGE FINANCIAL SOLUTIONS  INC
51 MERCEDES WAY
EDGEWOOD  NY 11717-8383

COKINOS YOUNG
CO TRES GIBBS
1221 LAMAR ST
16
HOUSTON  TX 77010-3039

CORPORATE FILINGS LLC
30 N GOULD ST
STE 7000
SHERIDAN  WYOMING 82801-6317

CANADA

DAVE LANTZ
39 WESTGATE BLVD
TORONTO  ON M3H1N8

DAVID TAGLIARINO
8523 STONES THROW LN
MISSOURI CITY  TX 77459-6852

GOOGLE CLOUD
1600 AMPHITHEATRE PARKWAY
MOUNTAIN VIEW  CA 94043-1351

GOOGLE CLOUD SERVICES
1600 AMPHITHEATER PKWY
MOUNTAIN VIEW  CA 94043-1351

(P)ASSESSMENTS OF THE SOUTHWEST
PO BOX 1368
FRIENDSWOOD TX 77549-1368

HARRIS COUNTY ESD 07
CO JEANNIE L ANDRESEN
LINEBARGER GOGGAN BLAIR  SAMPSON LLP
PO BOX 3064
HOUSTON  TX 77253-3064

```
HARRIS COUNTY ESD 11                        ISSUER DIRECT                              CANADA
CO JEANNIE L ANDRESEN                       ONE GLENWOOD AVE                           JOE SHANAB  SANDRA BONETTI
LINEBARGER GOGGAN BLAIR  SAMPSON LLP        SUITE 1001                                 10 SIMMONS CRESCENT
PO BOX 3064                                 RALEIGH  NC 27603-2582                     AURORA  ON L4G6BA
HOUSTON  TX 77253-3064



JON HILL  ASSOCIATES PLLC                   KERRY OBRIEN                               LAW OFFICES OF ROBERTA M ROSSI PLLC
14710 KELLYWOOD LANE                        CO ABRAR AHMED                             1401 LAKE PLAZA DR STE 200
HOUSTON  TX 77079-6417                      1011 WESTLAKE DR                           SPRING  TX 77389-1868
                                            LAKE HILLS  TX 78746-4511



                                            CANADA

LONE STAR COLLEGE SYSTEM                    MARMANJIT MAVI  DAVIES  WARD  PHILIPS      MCCLOSKEY ROBERSON WOLLEY  PLLC
CO JEANNIE L ANDRESEN                       VINEBERG                                   190 TC JESTER BLVD
LINEBARGER GOGGAN BLAIR  SAMPSON LLP        CO ESTATE OF RICHARD MAURAN                SUITE 400
PO BOX 3064                                 155 WELLINGTON ST W                        HOUSTON  TX 77007
HOUSTON  TX 77253-3064                      TORONTO  ON M5V3J7



NISSIM (JESSE) CHALUH                       OTC MARKETS GROUP (EXCHANGE)               PHONOSCOPE  INC
5001 CHESTNUT ST                            300 VESEY ST ONE NORTH END AVE             10555 WESTOFFICE DR
HOUSTON  TX 77096                           12TH FLOOR                                 HOUSTON  TX 77042-5310
                                            NEW YORK  NY 10282



                                            EXCLUDE

RB INVICTUS HOLDINGS  LLC                   (U)RSM FRANCE                              ROBERT LIVERMORE
401 RYLAND ST                               RCS PARIS 000 709 091                      3101 RICHMOND ST STE 220
STE 200-A                                   SAS AU CAPITAL DE 100 000                  HOUSTON  TX 77098-3013
RENO  NV 89502-1672                         26 RUE CAMBACERES
                                            75008 PARIS



ROBERTA M ROSSI                             SPRING INDEPENDENT SCHOOL DISTRICT         SECURITIES TRANSFER CORPORATION (STC
83 WINDWARD CV                              PO BOX 90458                               2901 DALLAS PKWY STE 12
THE WOODLANDS  TX 77381-4260                HOUSTON TX 77290-0458                      PLANO  TX 75093-5990



                                                                                       EXCLUDE

SMALL BUSINESS ADMINISTRATION               (P)STATE OF ALABAMA DEPARTMENT OF REVENUE  (D)(P)STATE OF ALABAMA DEPARTMENT OF REVENUE
10737 GATEWAY WEST STE300                   P O BOX 320001                             P O BOX 320001
EL PASO TX 79935-4910                       MONTGOMERY AL 36132-0001                   MONTGOMERY AL 36132-0001



TEXAS COMPTROLLER OF PUBLIC ACCOUNTS        TESLA HEALTH SYSTEMS  LLC                  TEXAS COMPTROLLER OF PUBLIC ACCOUNTS
111 E 17TH STREET                           3500 ELGIN ST                              CO OFFICE OF THE ATTORNEY GENERAL
AUSTIN  TX 78774-0100                       HOUSTON  TX 77004-3625                     BANKRUPTCY - COLLECTIONS DIVISION MC-008
                                                                                       PO BOX 12548
                                                                                       AUSTIN  TX 78711-2548



TRUIST BANK                                 TRUIST BANK  SUPPORT SERVICES              US TRUSTEE
1640 LAKE WOODLANDS DR STE D                PO BOX 85092                               OFFICE OF THE US TRUSTEE
THE WOODLANDS  TX 77380-3277                RICHMOND  VA 23285-5092                    515 RUSK AVE
                                                                                       STE 3516
                                                                                       HOUSTON  TX 77002-2604
```

~~EXCLUDE~~

~~(U)ABRAR AHMED~~

ALLISON D BYMAN
BYMAN ASSOCIATES PLLC
7924 BROADWAY
SUITE 104
PEARLAND  TX 77581-7933

JULIE M KOENIG
COOPER SCULLY
26310 OAK RIDGE DRIVE
SUITE 34
THE WOODLANDS  TX 77380-3777