United States Bankruptcy Court
Southern District of Texas
**ENTERED**
November 14, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: Maxx Technologies, Inc. | § § § § § § | Case No. 25-30897 (Chapter 7) |

ORDER ON
CREDITOR AHMED'S MOTION FOR ENTRY OF AGREED ORDER
CONDITIONING AUTOMATIC STAY AS TO PROCEEDINGS
AGAINST INDIVIDUAL BARRIE HANSEN

On this the ~~_____ day of _____ 2025~~ came on to be heard the Motion for Entry of Agreed Order Conditioning Automatic Stay as to Proceedings Against Individual Barrie Hansen ("Motion"). After the Court's review and consideration of the Motion, including consideration of the agreement of the Chapter 7 Trustee on behalf of Debtor Maxx Technologies, Inc., the Court hereby GRANTS the Motion.

It is ORDERED that the Court hereby lifts the stay in this proceeding to allow creditor Abrar Ahmed to proceed against individual Barrie Hansen in his individual capacity. All affected parties are cautioned that no relief may be sought against the Debtor or the bankruptcy estate while the automatic stay is in effect except as otherwise ordered by this Court.

Signed: November 14, 2025

_____
Eduardo V. Rodriguez
Chief United States Bankruptcy Judge
Southern District of Texas

AGREED:

*/s/ Kerry V. O'Brien*
Kerry V. O'Brien
Counsel for Creditor Abrar Ahmed


*/s/ Allison D. Byman, Trustee*
Allison D. Byman
Chapter 7 Trustee for Maxx Technologies, Inc.

**CERTIFICATE OF SERVICE AND
CERTIFICATE OF COMPLIANCE WITH BLR 4001**

A copy of this motion was served on the persons shown on Exhibit "1" at the addresses reflected on that exhibit on October 30, 2025 by prepaid United States first class mail.  Movant certifies that movant has complied with Bankruptcy Local Rule 4001.

*/s/ Kerry V. O'Brien*
Movant's counsel