United States Bankruptcy Court
Southern District of Texas
**ENTERED**
November 14, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

|  |  |  |
|---|---|---|
| In re: Maxx Technologies, Inc. | § § § § § § § | Case No. 25-30897 (Chapter 7) |

**ORDER ON
CREDITOR AHMED'S MOTION FOR ENTRY OF AGREED ORDER
CONDITIONING AUTOMATIC STAY AS TO PROCEEDINGS
AGAINST INDIVIDUAL BARRIE HANSEN**

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX came on to be heard the Motion for Entry of Agreed Order Conditioning Automatic Stay as to Proceedings Against Individual Barrie Hansen ("Motion"). After the Court's review and consideration of the Motion, including consideration of the agreement of the Chapter 7 Trustee on behalf of Debtor Maxx Technologies, Inc., the Court hereby GRANTS the Motion.

It is ORDERED that the Court hereby lifts the stay in this proceeding to allow creditor Abrar Ahmed to proceed against individual Barrie Hansen in his individual capacity. All affected parties are cautioned that no relief may be sought against the Debtor or the bankruptcy estate while the automatic stay is in effect except as otherwise ordered by this Court.

**Signed: November 14, 2025**

_____
Eduardo V. Rodriguez
Chief United States Bankruptcy Judge
Southern District of Texas

AGREED:

*/s/ Kerry V. O'Brien*
Kerry V. O'Brien
Counsel for Creditor Abrar Ahmed


*/s/ Allison D. Byman, Trustee*
Allison D. Byman
Chapter 7 Trustee for Maxx Technologies, Inc.

**CERTIFICATE OF SERVICE AND**
**CERTIFICATE OF COMPLIANCE WITH BLR 4001**

      A copy of this motion was served on the persons shown on Exhibit "1" at the addresses reflected on that exhibit on October 30, 2025 by prepaid United States first class mail. Movant certifies that movant has complied with Bankruptcy Local Rule 4001.

                                       */s/ Kerry V. O'Brien*
                                       Movant's counsel

United States Bankruptcy Court
Southern District of Texas

| | |
|---|---|
| In re: | Case No. 25-30897-evr |
| Maxx Technologies, Inc. dba Max Sports, | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0541-4 | User: ADIuser | Page 1 of 2 |
| Date Rcvd: Nov 14, 2025 | Form ID: pdf002 | Total Noticed: 7 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 16, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Maxx Technologies, Inc. dba Max Sports, TV, dba Ma, 1401 Lake Plaza Dr., Ste. 200, Spring, TX 77389-1868 |
| cr | + | Cokinos Young, c/o Craig E. Power and Misty A. Segura, 1221 Lamar Street, 16th Floor, Houston, TX 77010-3039 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | Email/Text: susan.fuertes@harriscountytx.gov | Nov 14 2025 20:14:00 | Harris County, ATTN: Property Tax Division, Harris County Attorney's Office, P.O. Box 2848, Houston, TX 77252, UNITED STATES |
| cr | Email/Text: houston_bankruptcy@LGBS.com | Nov 14 2025 20:15:00 | Harris County ESD #07, Linebarger Goggan Blair & Sampson LLP, c/o Jeannie L. Andresen, PO Box 3064, Houston, TX 77253-3064 |
| cr | Email/Text: houston_bankruptcy@LGBS.com | Nov 14 2025 20:15:00 | Harris County ESD #11, Linebarger Goggan Blair & Sampson LLP, c/o Jeannie Lee Andresen, PO Box 3064, Houston, TX 77253-3064 |
| cr | Email/Text: houston_bankruptcy@LGBS.com | Nov 14 2025 20:15:00 | Lone Star College System, Linebarger Goggan Blair & Sampson LLP, c/o Jeannie Lee Andresen, PO Box 3064, Houston, TX 77253-3064 |
| cr | ^ MEBN | Nov 14 2025 20:09:29 | Texas Comptroller of Public Accounts, Revenue Acco, John Mark Stern, P.O. Box 12548, Austin, TX 78711-2548 |

TOTAL: 5

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Abrar Ahmed |
| cr | | SPRING INDEPENDENT SCHOOL DISTRICT AND HARRIS COUN |

TOTAL: 2 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the**

District/off: 0541-4 | User: ADIuser | Page 2 of 2
Date Rcvd: Nov 14, 2025 | Form ID: pdf002 | Total Noticed: 7

complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 16, 2025         Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 14, 2025 at the address(es) listed below:

**Name** — **Email Address**

Allison D Byman
adb@bymanlaw.com
adb@trustesolutions.net;rww.trustee1@gmail.com;cadb11@trustesolutions.net;rah@bymanlaw.com;kst@bymanlaw.com;bam@bymanlaw.com

Jeannie Lee Andresen
on behalf of Creditor Harris County ESD #07 houston_bankruptcy@lgbs.com

Jeannie Lee Andresen
on behalf of Creditor Harris County ESD #11 houston_bankruptcy@lgbs.com

Jeannie Lee Andresen
on behalf of Creditor Lone Star College System houston_bankruptcy@lgbs.com

John Mark Stern
on behalf of Creditor Texas Comptroller of Public Accounts Revenue Accounting Division bk-jstern@oag.texas.gov, sherri.simpson@oag.texas.gov

Julie M. Koenig
on behalf of Debtor Maxx Technologies Inc. dba Max Sports, TV, dba Maxx Sports Technologies, Inc. julie.koenig@cooperscully.com, charlene.garcia@cooperscully.com

Kerry Vincent O'Brien
on behalf of Creditor Abrar Ahmed ko@obrienlawpc.com

Melissa E Valdez
on behalf of Creditor SPRING INDEPENDENT SCHOOL DISTRICT AND HARRIS COUNTY IMPROVEMENT DISTRICT # 18 mvaldez@pbfcm.com  mvaldez@ecf.courtdrive.com;arandermann@pbfcm.com

Reagan H. Tres Gibbs, III
on behalf of Creditor Cokinos Young tgibbs@cokinoslaw.com  jjohnson@cokinoslaw.com

Susan R. Fuertes
on behalf of Creditor Harris County  ATTN: Property Tax Division susan.fuertes@harriscountytx.gov, taxbankruptcy.cao@harriscountytx.gov

US Trustee
USTPRegion07.HU.ECF@USDOJ.GOV

TOTAL: 11